UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED RENTALS, INC. and ) | | |
| UNITED RENTALS (NORTH AMERICA), INC., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO. | |
| ) | 3:14-CV-01624 | |
| MICHAEL DEMEY, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | OCTOBER 31, 2014 | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the general court order regarding disclosure statements, the Plaintiff, United Rentals, Inc., hereby submits that it has no parent corporation nor is there any publicly traded company that owns 10% or more of its stock. The Plaintiff, United Rentals (North America), Inc., hereby identifies United Rentals, Inc., a publicly traded corporation, as its parent corporation.

Dated at Shelton, Connecticut this 31st day of October, 2014.

THE PLAINTIFFS
UNITED RENTALS, INC.
UNITED RENTALS (NORTH AMERICA), INC.

By: _____/s/_____
Brian C. Roche – ct 17975
Gerald C. Pia, Jr. – ct 21296
Roche Pia, LLC
Two Corporate Drive, Suite 248
Shelton, CT 06484
Phone:(203) 944-0235
Fax: (203) 567-8033
E-mail: broche@rochepia.com
gpia@rochepia.com

**CERTIFICATE OF FILING AND SERVICE**

A copy of this Corporate Disclosure will be served on the named Defendant, along with the Summons and Complaint.

/s/
Brian C. Roche
Gerald C. Pia, Jr.