**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**APPEARANCE**

**UNITED RENTALS, INC. and UNITED**
**RENTALS (NORTH AMERICA), INC.**

**CASE NUMBER:  3:14-CV-01624**

**v.**

**MICHAEL DEMEY**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiffs:

UNITED RENTALS, INC. and UNITED RENTALS (NORTH AMERICA), INC.

| | |
|---|---|
| October  31, 2014 | /s/ |
| Date | Signature |
| ct17975 | Brian C. Roche (ct17975) |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | Roche Pia LLC |
| | Two Corporate Drive |
| (203) 944-0235 | Suite 248 |
| Telephone Number | Address |
| (203) 567-8033 | Shelton, CT  06484 |
| Fax Number | |
| broche@rochepia.com | |
| E-mail address | |

Appearance.frm.Jan.2001

## **CERTIFICATE OF FILING AND SERVICE**

A copy of this Appearance will be served on the named Defendant, along with the Summons and Complaint.

/s/
Brian C. Roche (ct17975)

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)