## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED RENTALS, INC. and ) <br> UNITED RENTALS (NORTH AMERICA), INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEMEY, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br> 3:14CV1624(WWE) <br><br> DECEMBER 23, 2014 |

### MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, United Rentals, Inc. and United Rentals (North America), Inc. (collectively, "United" or "Plaintiff"), by United's undersigned attorneys and pursuant to Fed. R. Civ. P. 65, moves this Court for the entry of a preliminary injunction precluding the Defendant, Michael Demey ("Defendant"), from improperly competing with United, and from using or disclosing United's confidential information, per the terms of his Agreement with United, until after trial or final disposition of this matter on the merits. A proposed Order to Show Cause and proposed Preliminary Injunction Order are attached hereto as Exhibits A and B, respectively. Accompanying this Motion is a memorandum of law and other supporting documentation.

WHEREFORE, United respectfully requests that this Motion be granted.

        THE PLAINTIFFS
        UNITED RENTALS, INC.
        UNITED RENTALS (NORTH AMERICA), INC.

By:    _____/s/_____
        Brian C. Roche – ct 17975
        Gerald C. Pia – ct 21296
        Roche Pia LLC
        Two Corporate Drive, Suite 248
        Shelton, Connecticut 06484
        203.944.0235
        Facsimile: 203.567.8033
        broche@rochepia.com
        gpia@rochepia.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on today's date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A courtesy copy was sent to Defendant at the address where he was served.

                                           /s/
                                       Brian C. Roche
                                       Gerald C. Pia, Jr.