UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED RENTALS, INC. and ) <br> UNITED RENTALS (NORTH AMERICA), INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL DEMEY, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION NO. <br> 3:14cv1624(WWE) |

ORDER TO SHOW CAUSE

Whereas, the Plaintiffs have filed a Motion for Preliminary Injunction pursuant to Fed. R. Civ. P. 65 along with a Memorandum of Law in Support of Motion for Preliminary Injunction, as well as other supporting materials; and

Whereas, the Court, after reviewing those pleadings, has concluded that a hearing ought to and shall be held with respect to the Plaintiffs' Motion for Preliminary Injunction;

Now, therefore, the Defendant, Michael Demey, is hereby ordered to show cause on or before _____, at a hearing scheduled by the Court, why the Plaintiffs' Motion for Preliminary Injunction should not be granted.

Dated: _____     _____
                                Warren W. Eginton
                                United States District Judge