UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED RENTALS, INC. and <br> UNITED RENTALS (NORTH AMERICA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL DEMEY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br> 3:14cv1624(WWE) |

PRELIMINARY INJUNCTION ORDER

This cause came to be heard on _____, on Plaintiffs' Motion for Preliminary Injunction. At that hearing, the Court considered the Complaint and the Memorandum of Law in Support of Motion for Preliminary Injunction, along with all supporting documents filed by the plaintiffs, United Rentals, Inc. and United Rentals (North America), Inc. (collectively, "Plaintiffs" or "United"). The Court further conducted a hearing, and heard evidence and the argument of counsel.

After due deliberation, it appears to the Court that the defendant, Michael Demey ("Defendant" or "Demey"), is actually engaged in or has threatened to commit and will continue to commit the acts set forth below unless restrained by this Court, to the irreparable injury of the Plaintiffs. The Court has made various findings of fact and conclusions of law on this matter. Therefore,

IT IS ORDERED that the Defendant, Michael Demey, is enjoined as follows and therefore SHALL NOT:

(A) directly or indirectly disclose or otherwise use any of Plaintiffs' confidential information, as defined and described in Paragraph 1 of the Agreement between Plaintiffs and Defendant for any purpose whatsoever;

(B) Directly or indirectly (whether through affiliates, relatives or otherwise):

    (i) be employed or retained by any person or entity who or which then competes with United in the Restricted Area (as defined within the Agreement), including but not limited to Reading Tractor and Equipment Company, or own any interest in any such person or entity or render to it any consulting, brokerage, contracting, financial or other services or any advice, assistance or other accommodation;

    (ii) solicit the business of, or call upon, United's customers.

IT IS FURTHER ORDERED that no bond is required as agreed to by the parties in Paragraph 2(f) of the Agreement.

This Preliminary Injunction shall remain in full force and effect until the final judgment in this action or until further order of the Court, whichever occurs first.

Date: _____     _____
                                                          Warren W. Eginton
                                                          United States District Judge