UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED RENTALS, INC. and <br> UNITED RENTALS (NORTH AMERICA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL DEMEY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 3:14CV1624(WWE) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ROGER BARR

I, Roger Barr, hereby declare and state as follows:

1. I am over 18 years of age and am fully competent to testify to the matters stated in this declaration.

2. Except as to the statements made herein on information and belief, which I believe in good faith to be true, I have personal knowledge of the facts, I am competent to testify regarding the statements contained within this Declaration, and, if called to testify, would testify in accordance with such statements. Each statement is true to the best of my knowledge and belief.

3. I am a Branch Manager for United Rentals and oversee United's branch in Quakertown, Pennsylvania (the "Quakertown Branch").

4. United Rentals, Inc. and United Rentals (North America), Inc. (collectively, "United") are Delaware corporations with their principal places of business in Stamford, Connecticut. United is engaged in the business of renting and selling equipment and merchandise to the commercial and general public throughout the United States, including Pennsylvania. United rents and sells,

among other things, construction equipment, power tools, aerial work platforms, scissor, aerial and boom lifts, forklifts, generators and light trucks.

5. Michael Demey ("Mr. Demey" or "Defendant") is a former employee of United. Mr. Demey is currently employed with Reading Tractor and Equipment Company, a self-proclaimed division of Lift, Inc. ("Reading"), which is a direct competitor of United. Like United, Reading sells and/or rents construction and related equipment.

6. During the course of his employment with United, Mr. Demey served as an outside sales representative. As an outside sales representative, Mr. Demey was responsible for the rental and sale of new and used construction equipment. At United, in addition to rentals, outside sales representatives such as Mr. Demey are tasked with offering to sell/selling equipment and tools such as: wheeled skid steers, track skid steers, mini excavators, broom and other equipment attachments, utility vehicles, equipment trailers, and chainsaws and similar tools. On October 24, 2014, Mr. Demey submitted his resignation to United.

7. A true and accurate copy of Mr. Demey's Employment Agreement with United dated November 17, 2003 ("Agreement") is attached hereto as Exhibit A.

8. United has recently learned that Mr. Demey now performs services for Reading in Leesport, Pennsylvania, directly within the Restricted Area. United has advised Mr. Demey of his confidentiality and non-competition obligations, to no avail.

9. It is my understanding that Mr. Demey is now the Branch Manager for Reading Tractor and, as such, is responsible for, among other things, its sales representatives who perform many of the same functions for Reading, and for Reading's benefit, that Mr. Demey performed for United, as well as responsible for the sales responsibilities of the Reading branch in general. For example, on its website, Reading offers equipment and tools such as: wheeled skid steers, track skid steers, mini excavators, broom and other equipment attachments, utility vehicles, equipment trailers, and chainsaws and similar tools, all of which United offers through its outside sales representatives. Additionally, Lift, Inc., which I understand Reading to be a division of, rents and sells numerous lines of equipment that compete with United. Specifically, Lift, Inc. offers for rent and/or sale equipment such as Genie, JLG, and Skyjack scissor and boom lifts, Bobcat loaders, excavators, and utility vehicles, and Stihl power tools, as well as scissor lifts, telescopic and articulated booms, rough terrain forklifts, skid steers, track loaders, excavators, and work utility vehicles, all of which United also offers. Reading has allowed Mr. Demey to perform competing functions/services despite its awareness of Mr. Demey's obligations under the Agreement.

10. Mr. Demey was made aware of the value of United's trade secrets to its competitors. It is my belief that, in performing services for Reading, Mr. Demey will inevitably use the valuable confidential materials of United in performing services on Reading's behalf. With knowledge and experience Mr. Demey gained while employed by United, Reading will be able to now

submit proposals that match or just beat United's special pricing arrangements in all material aspects.

11. The above-described conduct has damaged, will damage, and/or threatens to damage/continue to damage United's relationships with its customers, its customer goodwill, and its prospects/relationships with customers.

12. I have reviewed the allegations contained in the Complaint filed in this matter and to the best of my knowledge they are true and accurate.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2014.

/S/
_____
Roger Barr

-5-

## CERTIFICATION

I hereby certify that, on today's date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/
                                         Brian C. Roche
                                         Gerald C. Pia, Jr.